# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4835

_____

JORDAN STEWART,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

February 8, 2019

PER CURIAM.

The amended petition for belated appeal is denied on the merits.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jordan Stewart, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.